Brian W. Rogers
ROGERS DAVIS, LLP
121 E. Constitution
Victoria, Texas  77901
361.573.9898 (Telephone)
361.573.9899 (Facsimile)
brogers@rogersdavis.com
ATTORNEYS FOR CONSECO
LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | |
|---|---|
| CONSECO LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>Wells Fargo Bank, N.A., as Trustee of the Victoria Women's Clinic Association 401(k) Plan; Joyce Hager; Charles Bryce Hager; Kristen Leigh Hager; and, Jeffrey Corbett Hager<br><br>Defendants. | NO.<br><br>**COMPLAINT FOR INTERPLEADER** |

Plaintiff, Conseco Life Insurance Company ("Conseco Life"), alleges and states as follows:

### I.  PARTIES

1. At all times herein mentioned, Conseco Life has been a corporation organized and existing under the laws of the State of Indiana, with its principal place of business in Carmel, Indiana. Conseco Life is a citizen of the State of Indiana.

2. Defendant Wells Fargo Bank, N.A. as Trustee of the Victoria Women's Clinic Association 401(k) Plan ("Trustee") is a National Banking Association and, under 28 U.S.C § 1348 is a citizen of California, the State in which it is "located".  It is located in the State

COMPLAINT FOR INTERPLEADER – 1

where it has its principal place of business as designated on the organizational certificate, which is on information and belief, California.  For purposes of diversity jurisdiction, the citizenship of the Victoria Women's Clinic Association 401(k) Plan ("Plan") is the citizenship of its Trustee.

3. Defendant Joyce Hager ("Joyce") is a resident of Victoria, Texas.  Joyce is a citizen of Texas.

4. Defendant Charles Boyce Hager (Charles") is a resident of Baton Rouge, Louisiana.  Charles is a citizen of Louisiana.

5. Defendant Kristen Leigh Hager ("Kristen") is a resident of New York, New York.  Kristen is a citizen of New York.

6. Defendant Jeffrey Corbett Hager ("Jeffrey") is a resident of Humble, Texas.  Jeffrey is a citizen of Texas.

## II.  JURISDICTION AND VENUE

7. Conseco Life brings this interpleader action pursuant to 28 USC § 1332 and Federal Rules of Civil Procedure 22.

8 Conseco Life has custody or possession of money, in controversy, in excess of $75,000, to wit, disputed life insurance benefits of Mark Wayne Hager Five Hundred Thousand Five Hundred Three Dollars and Fifty Cents ($500,503.50) (the "Policy Benefits") plus interest as provided by law.

9. Defendants are adverse claimants, who are diverse in citizenship to Conseco Life who have each claimed or had claimed on his or her behalf entitlement to the Policy Benefits, payment of which to any may expose Conseco Life to double or multiple liability.  This Court therefore has subject matter jurisdiction under 28 USC §1332.

COMPLAINT FOR INTERPLEADER – 2

10. Venue is proper in this Court under 28 USC §§1391 and 1397 because at least one of the Defendants resides in this judicial district.

### III. CLAIM FOR RELIEF

11. On May 22, 2003, the Decedent, Mark Wayne Hager ("Decedent"), and Trustee, on behalf of the Plan, applied with Conseco Life for a life insurance policy in the face amount of $500,000.00 on the life of Decedent. Such a policy was issued by Conseco Life on or about May 6, 2003 as Policy Number 0703R04320 (the "Policy"). A true and accurate copy of the Policy, including the Application, is attached hereto as Exhibit A.

12. In the Application for the Policy, Trustee, for the Plan as Owner, designated "William Herman Hager (father) as Trustee for children Charles Bryce Hager, son, Kristen Leigh Hager daughter, Jeffrey Corbett Hager, son" as beneficiary(ies).

13. Decedent died on September 5, 2010 while a resident and citizen of the State of Texas.

14. Charles, Kristen and Jeffrey have submitted a written claim, dated December 26, 2010, to Conseco Life, seeking payment of the Policy Benefits. A true and accurate copy of such claim is attached hereto as Exhibit B

15. The Trustee has corresponded with Conseco Life and has indicated that either the Plan or Joyce is the proper beneficiary of the Policy and that the Policy Proceeds should be paid to the Trustee. True and accurate copies of correspondence from the Trustee asserting such position is attached hereto as Exhibit C.

16. Conseco Life cannot determine to whom the disputed Policy Benefits belong, and fears exposure to multiple liability if it delivers the Policy Benefits to any of the Defendants.

COMPLAINT FOR INTERPLEADER – 3

17. Conseco Life claims no interest in the Policy Benefits, and wishes to deposit same in Court, and be discharged from any obligation for any of the Policy Benefits, interest thereon, the detention of such, or further liability to any of the Defendants after the date of deposit.

18. Conseco Life stands ready to deposit with the Clerk of this Court the sum of Five Hundred Thousand Five Hundred Three Dollars and Fifty Cents ($500,503.50), which represents the Policy Benefits, being the face value of the Policy, plus interest, if any, as allowed by applicable law to the date of deposit.

19. Conseco Life has incurred, is incurring, and will continue to incur costs and attorneys fees in bringing this action.

WHEREFORE Bankers prays for judgment as follows:

1. That Defendants and each of them be ordered to interplead and litigate their claims to the Policy Benefits in this Court, and be enjoined from commencing any other action or proceeding against Conseco Life related to the Policy;

2. That Conseco Life be discharged from liability to each of the Defendants with respect to any proceeds of the said Policies or any claim related thereto;

3. That Conseco Life be awarded costs and reasonable attorneys fees incurred in this action; and,

4. That Conseco Life be awarded all other and further relief as the Court may deem proper.

COMPLAINT FOR INTERPLEADER – 4

DATED this 15th day of February, 2011.

          Respectfully Submitted,

          ROGERS DAVIS LLP
          -   Attorneys & Counselors at Law   -
          121 E. Constitution
          Victoria, Texas 77901
          361.573.9898 – Telephone
          361.573.9899 – Facsimile
          www.rogersdavis.com

          */s/  Brian W. Rogers*
          **Brian W. Rogers**
          State Bar Number 24041811
          S.D. Texas Admission Number 36764
          brogers@rogersdavis.com – email
          ATTORNEYS FOR CONSECO LIFE
          INSURANCE COMPANY

COMPLAINT FOR INTERPLEADER – 5